1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH D. MORELAND,                          No.  2:16-cv-02700 GGH

12             Petitioner,                        ORDER AND

13        v.                                      FINDINGS AND RECOMMENDATIONS

14   SANDRA ALFARO, Warden,

15             Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The court's records reveal that petitioner has previously

19   filed an application for a writ of habeas corpus attacking the conviction and sentence challenged

20   in this case.  The previous application was filed on January 6, 2015, and was denied as

21   successive, which itself referenced a Northern District, CA habeas, CO1-1470-MJJ, which had

22   been dismissed as untimely, i.e., on the merits on March 1, 2016.[1]  See  Moreland v. Arnold,

23   2:15-cv-0286 KJM AC.  The current petition represents a successive challenge to the same 1996

24   conviction at issue in petitioner's prior petition.  Before petitioner can proceed with the instant

25   application, he must move in the United States Court of Appeals for the Ninth Circuit for an order

26   authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).   In the absence

27   _____

28   [1]   The Northern District, CA petition was dismissed as time barred which is a decision on the
     merits.  See McNabb v. Yates, 576 F.3d 1028, 1029-30 (9th Cir. 2009).

                                              1

1  of such an order this court has no jurisdiction to address the present petition.  Burton v. Stewart,

2  549 U.S. 147, 152 (2007); Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001).  Therefore,

3  petitioner's application must be dismissed without prejudice to its refiling upon obtaining

4  authorization from the United States Court of Appeals for the Ninth Circuit.

5  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a

6  United States District Judge to this action.

7  IT IS RECOMMENDED that this action be dismissed without prejudice.

8  These findings and recommendations are submitted to the United States District Judge

9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

10  after being served with these findings and recommendations, petitioner may file written

11  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

12  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

13  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

14  F.2d 1153 (9th Cir. 1991).

15  Dated: November 20, 2016

16  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

17  GGH:076/More.286.success

18

19

20

21

22

23

24

25

26

27

28

2